[No. 17674-6-III.   Division Three.   December 28, 2000.]

PHILIP J. AMMONS, *Appellant*, v. NORTH PACIFIC UNION CONFERENCE OF SEVENTH-DAY ADVENTIST, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Franklin County, No. 93-2-50575-5, Vic L. VanderSchoor, J., entered June 16, 1998. *Affirmed* by unpublished opinion per Kato, J., concurred in by Kurtz, C.J., and Schultheis, J.

[No. 19013-7-III.   Division Three.   December 28, 2000.]

VAUGHN E. SAVAGE, *Appellant*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 99-2-06049-5, Michael E. Donohue, J., entered December 20, 1999. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Brown, A.C.J., and Sweeney, J.